## UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| **Brooklyn Bedding, LLC; Corsicana Mattress Company; Elite Comfort Solutions; FXI, Inc.; Innocor, Inc.; Kolcraft Enterprises Inc.; Leggett & Platt, Incorporated; the International Brotherhood of Teamsters; and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO,**<br><br>     Plaintiffs,<br><br> v.<br><br>**UNITED STATES,**<br><br>     Defendant,<br>and<br><br>**SAFFRON LIVING CO., LTD.,**<br><br>     Defendant-Intervenor. | Court No. 21-00285 |

## CONSENT MOTION TO DISMISS DEFENDANT-INTERVENOR

Pursuant to U.S. Court of International Trade Rules 21, 41(a) and (c), Saffron Living Co., Ltd. ("Saffron") respectfully requests that the Court issue an order dismissing Saffron as a party in the above-

captioned case.

Saffron has consulted with all parties to this action and obtained the consent to this motion from Yohai Baisburd, counsel to Plaintiffs Brooklyn Bedding, LLC, et al. and Kara Westercamp, counsel to Defendant United States via e-mail on October 3, 2023.

## BACKGROUND

Plaintiffs brought this action in order to appeal certain aspects of the final determination of the United States Department of Commerce ("Commerce") and the resulting antidumping duty order in the antidumping investigation on Mattresses from Thailand, Case No. A-549-841. *See Mattresses from Thailand: Final Affirmative Determination of Sales at Less Than Fair Value*, 86 Fed. Reg. 15,928 (Mar. 25, 2021) ("*Final Determination*") and accompanying Issues and Decision Memorandum ("IDM") and *Mattresses from Cambodia, Indonesia, Malaysia, Serbia, Thailand, the Republic of Turkey, and the Socialist Republic of Vietnam: Antidumping Duty Orders and Amended Final Affirmative Antidumping Determination for Cambodia*, 86 Fed. Reg. 26,460 (May 14, 2021) ("*Antidumping Duty Order*").

Plaintiffs filed their complaint in this action on July 12, 2021. Saffron moved to intervene as of right as Defendant-Intervenor in the above-captioned case on August 11, 2021, which the Court granted. *See* ECF 24. The Court issued a Remand Order in the above-captioned case on July 20, 2023, for the reasons stated in Slip Opinion

23-107.  *See* ECF 52 and ECF 53.

Saffron has subsequently withdrawn from participation from the underlying investigation by the United States Department of Commerce, and has thus concluded that continued participation in this appeal is no longer in its commercial interests.  Consequently, Saffron respectfully requests that the Court grant this consent motion to dismiss Saffron as a party in the above-captioned case.

                                        Respectfully submitted,

                                          /s/ Eric C. Emerson
                                        Eric C. Emerson
                                        Hui Cao
                                        Steptoe & Johnson LLP
                                        1330 Connecticut Avenue, N.W.
                                        Washington, D.C. 20036
                                        (202) 429-8076

                                        *Counsel for Saffron Living Co., Ltd.*

Date: October 4, 2023

## UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| Brooklyn Bedding, LLC; Corsicana Mattress Company; Elite Comfort Solutions; FXI, Inc.; Innocor, Inc.; Kolcraft Enterprises Inc.; Leggett & Platt, Incorporated; the International Brotherhood of Teamsters; and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES,** <br><br>   Defendant. <br> and <br><br> **SAFFRON LIVING CO., LTD.,** <br><br>   Defendant-Intervenor | Court No. 21-00285 |

## ORDER

Upon consideration of the Consent Motion to Dismiss Defendant-Intervenor, filed by Saffron Living Co., Ltd. in the above-captioned action, it is hereby:

**ORDERED**, that the Motion is granted; and it is further

**ORDERED** that Saffron Living Co., Ltd. is dismissed as a party to the above-captioned action.

Dated:_____, 2023
    New York, NY                        _____
                                            M. Miller Baker, Judge