## UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| Brooklyn Bedding, LLC; Corsicana Mattress Company; Elite Comfort Solutions; FXI, Inc.; Innocor, Inc.; Kolcraft Enterprises Inc.; Leggett & Platt, Incorporated; the International Brotherhood of Teamsters; and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, <br><br>  Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br>  Defendant. <br><br> and <br><br> SAFFRON LIVING CO., LTD., <br><br>  Defendant-Intervenor | Court No. 21-00285 |

### ORDER

Upon consideration of the Consent Motion to Dismiss Defendant-Intervenor, filed by Saffron Living Co., Ltd. in the above-captioned action, it is hereby:

**ORDERED**, that the Motion is granted; and it is further

**ORDERED** that Saffron Living Co., Ltd. is dismissed as a party to the above-captioned action.

Dated: October 4, 2023        /s/ *M. Miller Baker*
    New York, NY           M. Miller Baker, Judge