## UNITED STATES COURT OF INTERNATIONAL TRADE

| BROOKLYN BEDDING, LLC, *et al.*, |   |
|---|---|
| *Plaintiffs*, | Ct. No. 21-00285 |
| v. |   |
| UNITED STATES, | Before: M. Miller Baker, Judge |
| *Defendant*. |   |

## SCHEDULING ORDER

The court adopts the following briefing schedule:

| Filing | Due Date | Word Limit |
|---|---|---|
| Plaintiffs compile and serve soft appendix | No later than 7 days after date of this order | |
| Plaintiffs' comments on remand results | No later than 7 days after Plaintiff serve soft appendix | 10,000 |
| Defendant's response to Plaintiffs' comments on remand results | No later than 15 days after Plaintiffs file their comments | 10,000 |
| Defendant provides list of Appx pages cited in responsive comments, plus contextual pages | No later than 7 days after Defendant files its comments | |
| Plaintiffs compile and file remand appendix | No later than 7 days after Defendant provides list of Appx pages | |
| Motions for oral argument, if any | No later than 7 days after Plaintiffs file remand appendix | |

Dated:  October 6, 2023          /s/ *M. Miller Baker*
        New York, New York       M. Miller Baker, Judge